UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

DEMETRIUS MAGGIT,

        Plaintiff,

v.

CITY OF GRAND RAPIDS et al.,

        Defendants.
_____/

Case No. 1:20-cv-224

Honorable Paul L. Maloney

## **JUDGMENT**

In accordance with the order issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** for lack of prosecution and failure to comply with the Court's order.

Dated:  May 14, 2020                   /s/ Paul L. Maloney
                                                   Paul L. Maloney
                                                   United States District Judge